UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00007-LRH-WGC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | March 28, 2019 |
| JUSTIN PAUL RAMOS, | |
| Defendant. | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK: <u>  NONE APPEARING  </u>   REPORTER: <u> NONE APPEARING </u>
COUNSEL FOR PLAINTIFF(S): <u>        NONE APPEARING        </u>
COUNSEL FOR DEFENDANT(S): <u>        NONE APPEARING        </u>

**MINUTE ORDER IN CHAMBERS**:

Defendant having filed a Motion for Return of Property (ECF No. 59) and a response by the Government appearing warranted,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within twenty (20) days of entry of this Order, a reply may be filed by the Defendant within ten (10) days following the Government's response, and the matter will be submitted to the court for decision or other appropriate action.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>

Deputy Clerk