# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00007-LRH-WGC |
|---|---|
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| JUSTIN PAUL RAMOS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that JUSTIN PAUL RAMOS is hereby released from custody of the United States Marshal Service, and specifically from the Santa Rita Jail, and shall continue supervised release with conditions.

DATED this 19th day of March, 2021.

HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE