| | |
|---|---|
| | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:14-CR-00007-LRH-WGC |
| Plaintiff, | |
| v. | ORDER |
| JUSTIN PAUL RAMOS, | |
| Defendant. | |

Upon the motion of the United States, good cause having been shown,

IT IS HEREBY ORDERED that the order issued July 7, 2021, by the United States Magistrate Judge for the Northern District of California, authorizing the release of the defendant, Justin Paul Ramos, shall be stayed until further order of this Court, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

/ / /

/ / /

IT IS FURTHER ORDERED that the United States Marshal's Service shall promptly transport the defendant from the Northern District of California to the District of Nevada for such proceedings;

DATED:  July 7, 2021

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE